# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: THOMAS J. WINIECKI & SHIRLEY L. WINIECKI   Case Number: 06-70297
3814 PLEASANT VALLEY BLVD.   SSN-xxx-xx-7743 & xxx-xx-6170
ROCKFORD, IL  61114

Case filed on: 3/6/2006
Plan Confirmed on: 5/12/2006

D Dismissed

Total funds received and disbursed pursuant to the plan: $12,240.00        Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 141.75 | 141.75 | 141.75 | 0.00 |
|  | Total Administration | 141.75 | 141.75 | 141.75 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 2,200.00 | 2,200.00 | 2,200.00 | 0.00 |
|  | Total Legal | 2,200.00 | 2,200.00 | 2,200.00 | 0.00 |
| 002 | LITTON LOAN SERVICING | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | LINEBARGER GOGGAN BLAIR & SAMPSON | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | ILLINOIS DEPARTMENT OF REVENUE | 2,285.67 | 2,285.67 | 0.00 | 0.00 |
| 005 | INTERNAL REVENUE SERVICE | 100.00 | 100.00 | 0.00 | 0.00 |
|  | Total Priority | 2,385.67 | 2,385.67 | 0.00 | 0.00 |
| 999 | THOMAS J. WINIECKI | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | LITTON LOAN SERVICING LP | 18,175.25 | 18,175.25 | 9,204.56 | 0.00 |
|  | Total Secured | 18,175.25 | 18,175.25 | 9,204.56 | 0.00 |
| 003 | ILLINOIS DEPARTMENT OF REVENUE | 3,373.90 | 3,373.90 | 0.00 | 0.00 |
| 005 | INTERNAL REVENUE SERVICE | 4,720.78 | 4,720.78 | 0.00 | 0.00 |
| 006 | ALDEN-PARK STRATHMOOR | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | COMMONWEALTH EDISON COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | ER SOLUTIONS | 407.63 | 407.63 | 0.00 | 0.00 |
| 009 | INSIGHT COMMUNICATIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | JEFFERSON CAPITAL SYSTEMS, LLC | 781.74 | 781.74 | 0.00 | 0.00 |
| 011 | NICOR GAS | 409.27 | 409.27 | 0.00 | 0.00 |
| 012 | ROCK RIVER WATER RECLAMATION | 153.22 | 153.22 | 0.00 | 0.00 |
| 013 | ROCKFORD WATER DEPARTMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | SUISSE BANCORP | 11,581.72 | 11,581.72 | 0.00 | 0.00 |
|  | Total Unsecured | 21,428.26 | 21,428.26 | 0.00 | 0.00 |
|  | Grand Total: | 44,330.93 | 44,330.93 | 11,546.31 | 0.00 |

Total Paid Claimant:  $11,546.31
Trustee Allowance:  $693.69
Percent Paid Unsecured:  0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 03/26/2008        By  /s/Heather M. Fagan